**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **ANDRES CESPEDES CASTRO** | **DOCKET NO. 6:26-cv-01557** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **ICE** | **MAGISTRATE JUDGE LEBLANC** |

### ORDER

Before the court is a petition for writ of habeas corpus [doc. 1] filed pursuant to 28 U.S.C. § 2241 by pro se petitioner Andres Cespedes Castro.  Castro, presently detained at the Pine Prairie ICE Processing Center in Pine Prairie, Louisiana, challenges his prolonged detention.

A review of his petition and attachments suggests that Petitioner's claims should survive this court's initial review and the Court finds that expedited review of Petitioner's claim is warranted.

Accordingly, for the court to determine an appropriate resolution to his claims,

**THE CLERK IS DIRECTED** to serve a summons, a copy of the petition [doc. 1], and a copy of this order by certified mail on the United States through the United States Attorney for the Western District of Louisiana, the United States Attorney General, U.S. Immigration and Customs Enforcement (DHS/ICE)-Office of General Counsel, and the warden of the Pine Prairie ICE Processing Center.

The Respondent is **ORDERED** to respond within **twenty-eight (28)** days of service. In the answer, Respondents shall provide the Court with summary judgment evidence indicating whether there is a significant likelihood of removal in the reasonably foreseeable future or whether Petitioner's detention is otherwise lawful.  This evidence shall include all documents relevant to the efforts made by the immigration officials to obtain travel documents for Petitioner.

-1-

Respondents shall also file a memorandum of law briefing the issues raised in the answer and citing applicable statutory and case law. The memorandum should also address whether there is a significant likelihood of removing Petitioner from the United States in the reasonably foreseeable future. If the Respondent does not contest the contentions set forth in the petition, it should inform the Court and provide the relief sought.

**IT IS FURTHER ORDERED** that Petitioner will be given ten (10) days following the filing of Respondents' answer to produce contradictory evidence on the issue of the lawfulness of his detention.

**After the record is complete and all legal delays have run, the court will determine the necessity of an evidentiary hearing. If no hearing is necessary, a Report and Recommendation will issue without further notice.**

Petitioner's failure to comply with this order or to notify the court of any change in his address will result in a recommendation that his petition be dismissed without prejudice under LR 41.3.

THUS DONE AND SIGNED in chambers this 11th day of June, 2026.

_____
THOMAS P. LEBLANC
UNITED STATES MAGISTRATE JUDGE