**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **ANDRES CESPEDES CASTRO** | **CASE NO. 6:26-CV-01557 SEC P** |
| **VERSUS** | **JUDGE MAURICE HICKS, JR.** |
| **ICE** | **MAGISTRATE JUDGE LEBLANC** |

**ORDER**

Before the Court is Petitioner's Motion for Expedited Ruling and Notice of Material Developments [Doc. 20]. Having considered same,

IT IS ORDERED that the motion is DENIED. The Court, having before it a multitude of similar such petitions for writ of habeas corpus, will consider this petition as promptly as practicable in light of the Court's docket.

SO ORDERED at Lake Charles, Louisiana, this 26th day of October, 2026.

THOMAS P. LEBLANC
UNITED STATES MAGISTRATE JUDGE